UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARLOS SALOMON,

        Plaintiff,

v.                            Case No. 3:05-cv-673-J-32HTS

THE CITY OF JACKSONVILLE, FLORIDA, a
Political Subdivision of the State
of Florida; and OFFICER DAMON Q.
JAMESON,

        Defendants.
_____

**O R D E R**

    This cause is before the Court on the Motion for Reconsideration to Appoint Counsel and Vacate the Magistrate Judge's Order Denying Plaintiff's Motion to Appoint Counsel and Request [for] Hearing on Motion for Reconsideration (Doc. #7; Motion).

    Reconsideration should be granted by the Court if Plaintiff has shown "(1) an intervening change in controlling law; (2) the availability of new evidence; [or] (3) the need to correct clear error or manifest injustice." *Wendy's Intern., Inc. v. Nu-Cape Const., Inc.*, 169 F.R.D. 680, 684 (M.D. Fla. 1996). Here, none of those circumstances appear to be present such that reconsideration of the Order is necessary.

After finding the issues in the case did not appear especially complex and noting the Motion to Appoint Counsel (Doc. #5) did not demonstrate financial indigency, the Court denied Plaintiff's request that an attorney be appointed. Order (Doc. #6; Order) at 2. In the Motion, Plaintiff asks for reconsideration of the Order "due to his financial indigency[.]" Motion at 3.

Mr. Salomon now provides copious information relating to his financial situation. Articulately describing his circumstances and thoroughly supporting his assertions with exhibits, he presents a very persuasive picture of an individual who cannot afford a lawyer. Still, no matter how convincing the current evidence of his poverty may be, the other basis for the Court's decision remains. The Motion addresses the litigation's degree of complexity only briefly and in conclusory fashion. *See id*. at 2. Thus, as it has not been shown exceptional circumstances exist to warrant the appointment of counsel, the Motion (Doc. #7), whether treated as a request for reconsideration or as a renewed petition, should be, and hereby is, **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of October, 2005.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
    and *pro se* parties, if any