UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


CARLOS SALOMON,

                    Plaintiff,

v.                                        Case No.  3:05-cv-673-J-32HTS

THE CITY OF JACKSONVILLE, FLORIDA, a
Political Subdivision of the State
of Florida; and OFFICER DAMON Q.
JAMESON,

                    Defendants.
_____


                        **O R D E R**

     This cause is before the Court on Plaintiff's Motion to
Disqualify U.S. Magistrate Judge Howard T. Snyder and Request to
Stop Making Further Ruling and Court Order (Doc. #13; Motion).  The
Motion "requests that U.S. Magistrate Judge Howard T. Snyder recuse
himself . . . ."  *Id.* at 1.

     Mr. Salomon is concerned the undersigned has "appointed
himself as judge without consent[.]"  *Id.* at 2.  He suggests
magistrate judges act beyond their power if they make any rulings
in cases where the parties have not consented to the magistrate
judges' jurisdiction.  However, as has been explained, *see* Order
(Doc. #6; Order Denying Appointment) at 2 n.1, magistrate judges

are authorized to adjudicate certain matters even in unconsented cases.

Plaintiff's other arguments for recusal are also unpersuasive. He attacks as "grossly inflammatory and bias[ed]" the phrase "it appears Plaintiff may be able to afford counsel" contained in the Order Denying Appointment.  Motion at 2.  As the Court's observation was simply based on the fact Mr. Salomon "is not proceeding *in forma pauperis* and the [first motion to appoint counsel did] not demonstrate financial indigency[,]" Order Denying Appointment at 2, it is difficult to perceive how the language at issue creates a valid basis for recusal.

While Plaintiff may disagree with certain of the Court's rulings and prefer that no magistrate judge be assigned to his case in any capacity, it is determined he has adduced no basis for recusal.  Accordingly, the Motion (Doc. #13) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of October, 2005.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
        and *pro se* parties, if any